```
                UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA            JS-6
                      SOUTHERN DIVISION


                   CIVIL MINUTES - GENERAL
```

Case No.: SA CV 08-0690 AHS (RZx)          Date: September 2, 2008

Title:    Donald D. Fedderson, et al. v. Certainteed Corporation,
          et al.
================================================================
PRESENT:  **HON. ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE**

          Ellen Matheson                    Not Present
          Deputy Clerk                      Court Reporter

**ATTORNEYS PRESENT:** None

**PROCEEDINGS:**   (IN CHAMBERS) ORDER SUBMITTING AND GRANTING
                   PLAINTIFFS' MOTION TO REMAND AND DENYING
                   PLAINTIFFS' MOTION TO AMEND THE COMPLAINT AS MOOT


**I.      Procedural History**

     Plaintiffs filed their Complaint in the Los Angeles Superior Court on May 20, 2008. On June 20, 2008, the action was removed to the Central District of California. On July 29, 2008, plaintiffs filed a Motion for Leave to Amend the Complaint ("Motion to Amend"). On August 7, 2008, plaintiffs filed a Motion to Remand. These matters are set for hearing on the Court's September 8, 2008 calendar.


**II.     Order Submitting the Motions**

     The Court finds the above matters appropriate for submission on the papers without oral argument. See Local Rule 7-15 (stating that the Court may dispense with oral argument on any matter unless otherwise required); Fed. R. Civ. P. 78. The matters are, therefore, removed from the Court's September 8, 2008 calendar.




**MINUTES FORM 11**                    **INITIALS OF DEPUTY CLERK** enm
**CIVIL - GEN    MBM          D - M**
O:\ECF Ready\CV 08-690.Federrsonv.Certainteed.Sbmt.Grt.NoOpp.wpd

Case No.:  SA CV 08-0690 AHS (RZx)         Date: <u>September 2, 2008</u>

Title:    <u>Donald D. Fedderson, et al. v. Certainteed Corporation, et al.</u>

**III.    <u>Order Granting the Motion to Remand and Denying the Motion to Amend as Moot</u>**

     Under Local Rule 7-9, defendants were required to file opposing papers for the instant motions not later than fourteen days prior to the date designated for hearing.  Defendants failed to do so.  Under Local Rule 7-12, a party's failure to timely file required opposition to a motion may be deemed consent to the granting of that motion.

**IV.    <u>Conclusion</u>**

     In light of the foregoing, the Court grants the Motion to Remand.  This action is ordered remanded to the **Los Angeles County Superior Court, Complaint No. BC391208**.  Having remanded the Complaint, the Motion to Amend is denied as moot.

     The Clerk shall serve this minute order on all parties in this action and provide a copy to the Clerk of the Los Angeles County Superior Court for filing in Case No. BC391208.

# NOTICE PARTY SERVICE LIST

**Case No.** LASC #BC391208     **Case Title** _____

**Title of Document** _____

| | | | |
|---|---|---|---|
| ☐ | ADR | ☐ | US Attorneys Office - Civil Division -L.A. |
| ☐ | BAP (Bankruptcy Appellate Panel) | ☐ | US Attorneys Office - Civil Division - S.A. |
| ☐ | Beck, Michael J (Clerk, MDL Panel) | ☐ | US Attorneys Office - Criminal Division -L.A. |
| ☐ | BOP (Bureau of Prisons) | ☐ | US Attorneys Office - Criminal Division -S.A. |
| ☐ | CA St Pub Defender (Calif. State PD) | ☐ | US Bankruptcy Court |
| ☐ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | ☐ | US Marshal Service - Los Angeles (USMLA) |
| ☐ | Case Asgmt Admin (Case Assignment Administrator) | ☐ | US Marshal Service - Riverside (USMED) |
| ☐ | Catterson, Cathy (9th Circuit Court of Appeal) | ☐ | US Marshal Service -Santa Ana (USMSA) |
| ☐ | Chief Deputy Admin | ☐ | US Probation Office (USPO) |
| ☐ | Chief Deputy Ops | ☐ | US Trustee's Office |
| ☐ | Clerk of Court | ☐ | Warden, San Quentin State Prison, CA |
| ☐ | Death Penalty H/C (Law Clerks) | | |
| ☐ | Dep In Chg E Div | | |
| ☐ | Dep In Chg So Div | | |
| ☐ | Federal Public Defender | | |
| ☐ | Fiscal Section | | |
| ☐ | Intake Section, Criminal LA | | |
| ☐ | Intake Section, Criminal SA | | |
| ☐ | Intake Supervisor, Civil | | |
| ☐ | PIA Clerk - Los Angeles (PIALA) | | |
| ☐ | PIA Clerk - Riverside (PIAED) | | |
| ☐ | PIA Clerk - Santa Ana (PIASA) | | |
| ☐ | PSA - Los Angeles (PSALA) | | |
| ☐ | PSA - Riverside (PSAED) | | |
| ☐ | PSA - Santa Ana (PSASA) | | |
| ☐ | Schnack, Randall (CJA Supervising Attorney) | | |
| ☐ | Statistics Clerk | | |

☐ ***ADD NEW NOTICE PARTY*** **(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

* For CIVIL cases only

***JUDGE / MAGISTRATE JUDGE (list below):***

**Initials of Deputy Clerk** _____